66 A.3d 1293

IN THE MATTER OF ROGER J. WEIL, AN ATTORNEY
AT LAW (ATTORNEY NO. 006661979).

June 13, 2013.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–356, concluding that **ROGER J. WEIL** of **MIDDLESEX,** who was admitted to the bar of this State in 1979, should be suspended from the practice of law for a period of three months for violating *RPC* 1.15(a) (commingling of personal and client funds in trust account), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation);

And the Court having determined from its review of the matter that a censure is the appropriate quantum of discipline for respondent's unethical conduct;

And good cause appearing;

It is ORDERED that **ROGER J. WEIL** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.